

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-15-00283-CV

**IN RE SAN ANTONIO RIVER AUTHORITY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Jason Pulliam, Justice

On May 7, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 12, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-16836, styled *Osvaldo Peralta v. City of San Antonio and San Antonio River Authority*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Martha B. Tanner presiding.